```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )   C.A. No. 2:06-CV-00086-TH
                                 )
                                 )
      v.                         )
                                 )
                                 )   Judge Hardiman
OHIO VALLEY GENERAL HOSPITAL,    )
a Pennsylvania Corporation       )
                                 )   Electronic Filing
            Defendant.           )

## **ORDER**

Upon consideration of the Defendant's Motion to Dismiss and the Response of the Plaintiff United States, it is hereby

**ORDERED** that the Motion to Dismiss **DENIED.**


_____
THOMAS M. HARDIMAN
UNITED STATES DISTRICT JUDGE

Dated: _____

cc:   Robert L. Eberhardt,
      Assistant U.S. Attorney

      Mark A. Rush, Esquire
      Curtis B. Creswick, Esquire
      KIRKPATRICK & LECHERWITE
       NICHOLSON GRAHAM LP