IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 06-0086 |
| ) | |
| ) | JUDGE CONTI |
| OHIO VALLEY GENERAL HOSPITAL, ) | |
| a Pennsylvania Corporation ) | ELECTRONICALLY FILED |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

_____
MARK A. RUSH, ESQ.
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

_____
PAUL E. SKIRTICH
Assistant U.S. Attorney
Western District of Pennsylvania
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418

Counsel for Defendant

Date: 6/23/08

Counsel for Plantiff

Date: 24 JUNE 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this __24th__ day of __June__, 2008, a true and correct copy of the within Stipulation of Dismissal With Prejudice was electronically filed and/or served by first-class U.S. mail, to and upon the following:

>Mark A. Rush, Esquire
>Kirkpatrick & Lockhart Preston Gates Ellis LLP
>Henry W. Oliver Building
>535 Smithfield Street
>Pittsburgh, PA 15222-2312

>s/Paul E. Skirtich
>PAUL E. SKIRTICH
>Assistant U.S. Attorney